**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1071**

_____

VANESSA SPENCE,

                    Plaintiff - Appellant,

          v.

WAL-MART STORES EAST, LP, d/b/a Wal-Mart,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   William Connelly, Magistrate Judge.
(8:13-cv-01895-WGC)

_____

Submitted: April 16, 2015          Decided:  April 21, 2015

_____

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Vanessa Spence, Appellant Pro Se.   Mark Andrew Kohl, DECARO,
DORAN, SICILIANO, GALLAGHER & DEBLASIS, LLP, Bowie, Maryland,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vanessa Spence appeals the district court's order granting summary judgment in favor of Wal-Mart Stores East, LP and closing her civil action.[*]  On appeal, we confine our review to the issues raised in the Appellant's brief.  See 4th Cir. R. 34(b).  Because Spence's informal brief does not challenge the basis for the district court's disposition, Spence has forfeited appellate review of the court's order.  Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*]  This case was decided by a magistrate judge with the parties' consent pursuant to 28 U.S.C. § 636(c) (2012).

2